PD-0690-15

John Lamar Hawkins
#1977929

3295 FM. 3514

Beaumont Texas 77705

RECEIVED
COURT OF CRIMINAL APPEALS

AUG 05 2015

Abel Acosta, Clerk

RECEIVED
AUG 0 3 2015
COURT OF APPEALS
WACO, TEXAS

7-31-2015

Re: John Lamar Hawkins Vs. The State Of Texas Cause No: 10-14-00351CR

Attn: Clerk Of Court

Sharri Roessfer

501 Washingtons Ave

Waco Texas 76701-1375

Dear Clerk

Please Find Enclosed Petition For Continuance For Filing In The Above-Entitled Cause. Thank You.

Sincerely,

John L. Hawkins

John Lamar, Hawkins
#1977929

SCANNED
(CCA)

John Lamar Hawkins
(Petitioner)

Vs.

The State Of Texas
(Appellee)

Cause No# 10-14-00351-CR

\*     In The Court Of Appeals

\*

\*     Tenth Supreme Judicial District

\*

\*     At Waco, Texas

\*

\*     Granted extension to 8/31/15
Barbara Bosney
8/5/15

## Petition For Continuance

To The Honorable Waco Judges Of Court:

COURT OF CRIMINAL APPEALS

AUG 05 2015

Abel Acosta, Clerk

Now Comes Petitioner, John Lamar Hawkins Pro se, And Files His Petition For Continuance, In The Above-Entitled Cause And Would Respectfully Show The Following:

(1).
### Jurisdiction

This Honorable Court Vest Proper Jurisdiction To Entertain Petition For Continuance.

## (II) Confinement

The Petitioner In The Above-Entitled Cause Is Presently Confined At Larry Gist, Unit Located At 3295 FM 3514 Beaumont, Texas 77705

## (III) Relief Sought

The Petitioner Herein The Above-Entitled Cause, Request A Continuance, Predicated On His PDR That The Deadline Is 7-30-15. The Petitioner Convey's That Good Cause Exist For The Larry Gist, Unit Was Short Of Staff, And The Unit Was On Lock Down. This Continuance Is Not Sought For Delay, Although Petitioner Is Seeking 30 Days That Would Show Good Cause. Moreso He Well Be Able To Attend Law Library To Complete His PDR,

(IV)

## PRAYER

Wherefore Premises Considered John Lamar Hawkens Respectfully Prays That This Honorable Court Grant, Petitioner This Continuance For 30 Days That Would Be For Good Cause. Which Petitioner Should Be Justly Entitled. In All Things

Respectfully Submitted

John Lamar Hawkens
# 1977929
3295 Fm 3514 Larry Gist Unit
Beaumont Texas 77705

(V)

## Certificate Of Service

On 7-31-2015 Petitioner Forwarded By U.S. Mail To The Clerk Of Court, His Petitions For Continuance.

John Lamar Hawkens
# 1977929